Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 20-16700 (JNP)**

Henry Wilmer  
1344 Tristram Circle  
Mantua, NJ  08051

Monthly Payment: $413.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/20/2021 | $413.00 | 03/24/2021 | $413.00 | 04/13/2021 | $826.00 | 04/20/2021 | $413.00 |
| 05/19/2021 | $213.00 | 06/08/2021 | $200.00 | 06/30/2021 | $206.50 | 07/15/2021 | $206.50 |
| 09/01/2021 | $413.00 | 10/01/2021 | $413.00 | 12/20/2021 | $413.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | HENRY WILMER | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $4,090.00 | $4,090.00 | $0.00 | $1,684.51 |
| 1 | ASPIRE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAINE & WEINER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | MIDFIRST BANK | 24 | $6,561.47 | $582.92 | $5,978.55 | $0.00 |
| 4 | CAMDEN COUNTY PROBATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK USA, N.A. | 33 | $424.25 | $0.00 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP, LLC | 33 | $424.68 | $0.00 | $0.00 | $0.00 |
| 7 | CITIZENS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CORINNE WILMER | 15 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | FINGERHUT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | PREMIER BANKCARD, LLC | 33 | $430.45 | $0.00 | $0.00 | $0.00 |
| 11 | GENESIS BANKCARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | GENESIS CARD SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | GLOUCESTER COUNTY PROBATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | I.C. SYSTEM INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | DEPARTMENT OF THE TREASURY | 28 | $2,514.90 | $0.00 | $2,514.90 | $0.00 |
| 16 | LAVERNE WASHINGTON | 15 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | MARINER FINANCE, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | MCGOVERN LEGAL SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SOUTH JERSEY F.C.U. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | THE VILLAGES AT BERKLEY CONDO ASSOCIATION, | 24 | $8,945.04 | $794.68 | $8,150.36 | $0.00 |
| 24 | TOTAL CARD, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | US ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | US ATTORNEY'S OFFICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | VERIZON BY AMERICAN INFOSOURCE | 33 | $295.23 | $0.00 | $0.00 | $0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,196.68 | $0.00 | $0.00 | $0.00 |
| 30 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | JOSEPH J. ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | ASPIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | MERRICK BANK | 33 | $1,262.66 | $0.00 | $0.00 | $0.00 |
| 34 | CAPITAL ONE BANK USA, N.A. | 33 | $522.41 | $0.00 | $0.00 | $0.00 |
| 35 | CAPITAL ONE BANK USA, N.A. | 33 | $785.83 | $0.00 | $0.00 | $0.00 |
| 36 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $504.85 | $0.00 | $0.00 | $0.00 |
| 37 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $667.14 | $0.00 | $0.00 | $0.00 |
| 38 | VERIZON BY AMERICAN INFOSOURCE | 33 | $102.74 | $0.00 | $0.00 | $0.00 |
| 39 | VERIZON BY AMERICAN INFOSOURCE | 33 | $148.64 | $0.00 | $0.00 | $0.00 |
| 40 | VERIZON BY AMERICAN INFOSOURCE | 33 | $147.63 | $0.00 | $0.00 | $0.00 |
| 41 | THE VILLAGES AT BERKLEY CONDO ASSOCIATION, INC | 33 | $668.60 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2020 | 2.00 | $335.00 |
| 08/01/2020 | 58.00 | $413.00 |
| 06/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,130.00 |
| Total paid to creditors this period: | $1,684.51 |
| Undistributed Funds on Hand: | $378.31 |
| Arrearages: | $1,317.00 |
| Attorney: | JOSEPH J. ROGERS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**