UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Henry Wilmer,

Debtor.

Case No.:    20-16700-JNP

Chapter:    13

Hearing Date:    3/22/2022

Judge:    Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled            ☐  Withdrawn

Matter:  Motion for Relief re: 1344 Tristam Circle (Docket # 31)

_____

Date: 3/17/2022                                          /s/ Denise Carlon
                                                                      Signature

*rev.8/1/15*