Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                Case No.: 20–16700–JNP
                                Chapter: 13
                                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Henry Wilmer
   1344 Tristram Circle
   Mantua, NJ 08051

Social Security No.:
   xxx–xx–9946

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               January 16, 2024
Time:              11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*45* – Certification in Opposition to (related document:44 Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: re: 1344 Tristram Circle, Mantua NJ 08051. Fee Amount $ 188. filed by Creditor MIDFIRST BANK, 35 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 12/22/2023. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Barbara J. Snavely on behalf of Henry Wilmer. (Snavely, Barbara)

and transact such other business as may properly come before the meeting.


Dated: December 22, 2023
JAN: eag

                                                                              Jeanne Naughton
                                                                                Clerk