Certificate Number: 14912-NJ-DE-038041683

Bankruptcy Case Number: 20-16700



14912-NJ-DE-038041683

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 22, 2023, at 2:08 o'clock PM EST, Henry Wilmer completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   December 22, 2023             By:   /s/Jai Bhatt

                                       Name:  Jai Bhatt

                                       Title:  Counselor