**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Henry Wilmer** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9946 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–16700–JNP | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Henry Wilmer

<u>7/30/25</u>                                                              **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-16700-JNP |
| Henry Wilmer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 30, 2025 | Form ID: 3180W | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Henry Wilmer, 1344 Tristram Circle, Mantua, NJ 08051-2257 |
| cr | + | CALIBER HOME LOANS, INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Villages at Berkley Condominium Assoc., Inc., McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 518839883 | + | Camden County Probation, PO Box 8107, Cherry Hill, NJ 08002-0107 |
| 518839887 | + | Corinne Wilmer, 5 Gaudet Court, Mantua, NJ 08051-1178 |
| 519498062 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518839890 | + | Genesis Bankcard Services, NCB Management Service Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 518839892 | + | Gloucester County Probation, 55 Delaware Street, Woodbury, NJ 08096-5925 |
| 518839895 | + | Laverne Washington, 2403 Cuthbert Street, Clementon, NJ 08021-2606 |
| 518839897 | + | McGovern Legal Service, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 518839902 | | The Villages at Berkley Condominium Asso, 244 Berkley Road, Mantua, NJ 08051 |
| 518839905 | + | US Attorney's Office, 7th Floor, 970 Broad Street, Newark, NJ 07102-2527 |
| 518839907 | + | Walmart, 120 Corporate Blvd., Portfolio Recovery Assoc., Norfolk, VA 23502-4952 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 30 2025 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 30 2025 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: courts@firstharvestcu.com | Jul 30 2025 20:52:00 | First Harvest Credit Union, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 518839880 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 30 2025 20:51:00 | Aspire, Pob 105555, Atlanta, GA 30348-5555 |
| 518839886 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 30 2025 20:51:00 | Citizens Bank, PO Box 7000 ROP 450, Providence, RI 02940 |
| 518839881 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 30 2025 20:51:01 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 518839882 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jul 30 2025 20:52:00 | Caliber Home Loans, Attn: Cash Operations, Po Box 24330, Oklahoma City, OK 73124-0330 |
| 518864949 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jul 30 2025 20:52:00 | Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 518839884 | + | EDI: CAPITALONE.COM | Jul 31 2025 00:39:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518854601 | + | EDI: AIS.COM | Jul 31 2025 00:39:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518839885 | + | Email/Text: bzern@celticbank.com | Jul 30 2025 20:52:00 | Celtic Bank, 268 South State Street, Suite 300, Salt Lake City, UT 84111-5314 |

| | | | | |
|---|---|---|---|---|
| 518839888 | | EDI: BLUESTEM | Jul 31 2025 00:39:00 | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 518839889 | + | EDI: AMINFOFP.COM | Jul 31 2025 00:39:00 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 518839891 | + | EDI: PHINGENESIS | Jul 31 2025 00:39:00 | Genesis card Services, PO BOX 23039, Columbus, GA 31902-3039 |
| 518839893 | | EDI: LCIICSYSTEM | Jul 31 2025 00:39:00 | I.C. System Inc., PO Box 64378, St Paul, MN 55164-0378 |
| 518839894 | + | EDI: IRS.COM | Jul 31 2025 00:39:00 | IRS Central Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518865838 | | EDI: JEFFERSONCAP.COM | Jul 31 2025 00:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518854732 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 30 2025 20:58:54 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518839896 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 30 2025 20:51:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518896786 | + | EDI: AISMIDFIRST | Jul 31 2025 00:39:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 518896785 | + | EDI: AISMIDFIRST | Jul 31 2025 00:39:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518839898 | | EDI: PRA.COM | Jul 31 2025 00:39:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519243551 | | EDI: PRA.COM | Jul 31 2025 00:39:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519243552 | | EDI: PRA.COM | Jul 31 2025 00:39:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518839899 | | EDI: PRA.COM | Jul 31 2025 00:39:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, PO Box 41067, Norfolk, VA 23541 |
| 518860462 | | EDI: PRA.COM | Jul 31 2025 00:39:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518895681 | + | EDI: JEFFERSONCAP.COM | Jul 31 2025 00:39:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518862290 | | EDI: Q3G.COM | Jul 31 2025 00:39:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518839900 | + | Email/Text: courts@southjerseyfcu.com | Jul 30 2025 20:52:00 | South Jersey FCU, Attn: Bankruptcy, Po Box 5530, Deptford, NJ 08096-0530 |
| 518839901 | ^ | MEBN | Jul 30 2025 20:47:47 | Synchrony Bank, 120 Corporate Blvd Ste 1, Portfolio Recovery Assoc., Norfolk, VA 23502-4952 |
| 518840545 | ^ | MEBN | Jul 30 2025 20:47:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518873511 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 30 2025 20:51:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 518839903 | + | EDI: TCISOLUTIONS.COM | Jul 31 2025 00:39:00 | Total Card, Inc., 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 518839904 | ^ | MEBN | | |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2025 | Form ID: 3180W | Total Noticed: 49 |

|  |  |  | Jul 30 2025 20:47:24 | US Attorney General, US Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530-0009 |
|---|---|---|---|---|
| 518898698 | + | EDI: AIS.COM | Jul 31 2025 00:39:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518839906 | + | EDI: VERIZONCOMB.COM | Jul 31 2025 00:39:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 01, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Barbara J. Snavely | on behalf of Debtor Henry Wilmer jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Marlena S. Diaz-Cobo | on behalf of Creditor Villages at Berkley Condominium Assoc. Inc. collections@theassociationlawyers.com |
| Robert J. Malloy | on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8